HARRISON *v.* SIMMONS *et al.*

SIMMONS, C. J. The evidence on the questions of fact made by the pleadings and the affidavits was conflicting ; the order of the judge in relation to one of the lots of land claimed not to be fully described in the deed filed for the purpose of levy fully protected the plaintiff in that regard ; and the judge did not err in refusing to grant the injunction as prayed.

*Judgment affirmed. All the Justices concurring.*

Argued October 10, — Decided November 7, 1901.

Petition for injunction. Before Judge Gober. Pickens superior court. July 1, 1901.

*S. A. Darnell, Isaac Grant,* and *Z. D. Harrison,* for plaintiff. *John W. Henley,* for defendants.